AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| RICHARD BERNARD MOORE, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:24-cv-05580-MGL |
| | ) | |
| HENRY D. McMASTER, in his personal capacity and in his official capacity as the Governor of South Carolina, | ) ) | |
| *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

■ the plaintiff, Richard Bernard Moore, take nothing of the defendant, Henry D. McMaster, in his personal capacity and in his official capacity as the Governor of South Carolina, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having dismissed this action with prejudice.

Date:    December 4, 2024                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/Charles L. Bruorton
                                                                              *Signature of Clerk or Deputy Clerk*